**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7147

CHRISTOPHER T. JAMES,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; RICK JACKSON,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:06-cv-00220)

Submitted: October 17, 2006          Decided: October 23, 2006

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher T. James, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher T. James appeals the district court's orders denying relief on both his 42 U.S.C. § 1983 (2000) complaint and subsequent Fed. R. Civ. P. 59(e) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  See James v. North Carolina, 3:06-cv-00220 (W.D.N.C. May 17, 2006 & June 19, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED